IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| KEITH ELLISON, et al., | ) |
| Plaintiffs | ) |
| and | ) CIVIL ACTION NUMBER |
| UNITED STATES OF AMERICA | ) 5:63-CV-00613-MHH |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| MADISON COUNTY BOARD OF EDUCATION, | ) |
| Defendant. | ) |

## MADISON COUNTY BOARD OF EDUCATION'S NOTICE OF FILING OF DAC'S 2022-2023 ANNUAL REPORT AND SUPERINTENDENT'S COMMENTARY

As required by the Court, the Madison County Board of Education (hereinafter the "Board") submits the Desegregation Advisory Committee ("DAC") Annual Report for the School Year 2022-2023 (Exhibit "A") and the Superintendent's Commentary to the report (Exhibit "B"). The Consent Order requires that the DAC provide the Superintendent with a copy of its report by May 1. (Doc. 199, p.4 ). The Consent Order also requires that the Superintendent present the DAC Report and his response to the Board during a meeting of the Board, no later than its first meeting in June. (Id.). The DAC and the Superintendent completed their obligation on May 18th, 2023, and the documents are now due to be filed.

Respectfully submitted this the 26th day of May, 2023.

/s/ Cynthia K. Thompson
Cynthia K. Thompson (asb-1513-o77-c)
Attorney for Defendant
11399 Hwy 231N, Suite B
Meridianville, AL 35759
(256) 693-7011
cynthia@ctlawhsv.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, May 26, 2023, I have filed this document with the Clerk of the United States District Court for the Northern District of Alabama utilizing the CM/ECF system, which will provide electronic notification to counsel for all parties of record.

/s/ Cynthia K. Thompson