FILED
2023 May-26 AM 09:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

Desegregation Advisory Committee Annual Report

Madison County School System

April 2023

1275 Jordan Road

Huntsville, AL 35811

DAC@madison.k12.al.us

| | |
|---|---|
| Demetria Horton, Chair | Charity Rogers, Student Member |
| Travis Key, Vice Chair | Laurel Pepper, Student Member |
| Nivea King, Secretary | Wyatt Busbey, Student Member |
| Leviticus Billups | Abigail McElwee, Student Member |
| Amanda Estess | Lillian Scott, Student Member |
| Dr. Rachel Ballard | |

# DAC Annual Report 2023

**First Non-Public Meeting**

The Madison County School System Desegregation Advisory Committee held its first non-public meeting on Tuesday, March 28, 2023, at 5:30 pm at the Central Office. The meeting commenced at 5:30 pm and adjourned at 6:30 pm. During the initial meeting, the Plaintiff's attorney, GeDa Jones Herbert, joined via google meet and discussed how desegregation and implicit and explicit biases affect everyone. She also provided a brief history of the Madison County School System case. Lastly, she reviewed the "Green Factors" the DAC will observe and report on. The Department of Justice attorney was also invited; however, they did not join the meeting.

Several topics were discussed and voted on in the meeting including what will constitute a quorum, chair, vice chair, and secretary. The next meeting date decided upon was Tuesday, April 18, 2023, at 5:30 pm at the Central Office.

**Second Non-Public Meeting**

The DAC met on Tuesday, April 18, 2023, at 5:30 pm at the Central Office. The primary topics for the meeting were communication and personnel data. Communication included locked DAC drop boxes at each school and a DAC email address. The decision was made to place a locked DAC drop box near the front entrance of each school with appropriate signage. Weekly, the DAC members will review the incoming mail to prepare to respond. The DAC email address

is DAC@madison.k12.al.us. Secretary Nivea King will provide the committee with information from DAC email correspondence.

Secondly, Dr. Rachel Ballard, Director of Equity and Innovation, reviewed personnel data from spring 2016 and compared it to 2023. The committee observed specific areas of growth, such as the increase of black administrators; however, also noted areas needing improvement. There are still schools that need to continue diversification. Dr. Ballard also shared recruitment efforts for this current school year which include visits to sixteen universities across the state of Alabama and the neighboring state of Tennessee. Partnerships with local universities continue such as with Alabama A&M University BranchED grant which ends May 2023 and the new AAMUTeach program launched in April 2023. The Athens State University Men of Kennis Program continues to grow as the district seeks to increase the number of men of color in the school system.

The committee discussed continued ways to recruit teachers, administrators, and staff with an emphasis also on current parents and students considering working for the school system. A teacher career tech education program was also recommended. In this collaborative conversation, the committee provided twenty-five recommendations on how to increase recruitment and retention efforts.

**Continued Efforts**

The committee agreed to continue non-public meetings through the spring and summer to receive briefings on the various green factors and specific areas of the order before hosting a public meeting in the fall. The next non-public meeting will be held on Tuesday, May 9, 2023, at

5:30 pm at the Board of Education. The topic will be the "Gifted Program." Representatives from the Special Education Gifted Department will be present at the next meeting.

  The committee will continue to meet and receive feedback from community stakeholders. The next annual report, May 2024, will provide more comprehensive information regarding the DAC's assessment of the District's compliance with its desegregation obligations as the committee would have had a year of continued observation, engagement, and review.