# Madison County School System

Kenneth Kubik | SUPERINTENDENT

May 18, 2023

### Superintendent's Response and Commentary to the Desegregation Advisory Committee's 2022-23 Annual Report

The district and parties worked together to appoint parent and student representatives to Madison County's inaugural DAC committee. One parent and one student from each school family is serving on the DAC. The committee's decision to give all parent representatives two-year terms was important for continuity. Since the students serving are all graduating seniors, their terms were set for one year, which was a good decision. The district had a difficult time finding students who were willing to serve on the Superintendent's Student Advisory Council and the DAC committee. As a result, I have revised the Superintendent's Advisory Council to simplify the student DAC selection process.

The committee has established their communication methods as discussed in the Order and begun reviewing the district's current status under the *Green* factors. I have met with the committee and I am pleased with their professionalism and genuine concern for Madison County Schools. I look forward to working with the DAC committee for the betterment of our school system.

Very Respectfully,

Ken Kubik
Superintendent